**Order entered August 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01415-CV

**SOUTHAMPTON LTD. AND SOUTHWEST REINSURANCE, INC., Appellant**

**V.**

**FOUR HORSEMEN AUTO GROUP, INC., CHISHOLM TRAIL AUTO GROUP, LLC, CHISHOLM TRAIL AUTO GROUP II, LLC , CHISHOLM TRAIL REAL ESTATE, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13331**

## ORDER

Appellee's verified motion requesting judicial notice is deferred to the submissions panel.


/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE